

## NUMBER 13-08-00223-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**COLUMBIA RIO GRANDE HEALTHCARE L.P.**
**D/B/A RIO GRANDE REGIONAL HOSPITAL**
**AND OSCAR LUIS TRUJILLO, M.D.,**                    **Appellants,**

**v.**

**ELIAS DE LA GARZA AND LYNDA DELEON,**
**INDIVIUALLY AND AS NEXT FRIENDS OF**
**CRYSTAL HYATT DE LA GARZA, A MINOR,**              **Appellees.**

---

On appeal from the 206th District Court of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Benavides**
**Memorandum Opinion Per Curiam**

The parties to this appeal have filed a joint motion asking the Court to vacate the trial court's judgment and render judgment of dismissal. According to the motion, the parties have reached an agreement to settle and compromise their differences. They ask

this Court to vacate the underlying judgment and render judgment dismissing all claims with prejudice and tax any cost against the party that incurred it. *See* TEX. R. APP. P. 42.1(a)(2)(A).

We GRANT the joint motion to vacate the judgment. We RENDER judgment, DISMISS all claims with prejudice, and DISMISS this appeal. In accordance with the agreement of the parties, costs are taxed against the party incurring same. Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained. At the request of the parties, the mandate will issue immediately. *See* TEX. R. APP. P. 18.1(c). Other pending motions, if any, are dismissed as moot.

PER CURIAM

Memorandum Opinion delivered and filed
this the 20th day of January, 2009.

2